IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MAXIM CRUDE OIL, LLC §<br>  Plaintiff §<br> §<br>vs. §<br> § Civil Cause No. 2:21-cv-00090<br>NOIL CORP., INC. and §<br>MORRELL STEVE NEELY §<br> §<br>  Defendants § | |

**ORDER DENYING PLAINTIFF'S EMERGENCY OPPOSED MOTION FOR A PRELIMINARY INJUNCTION ORDER ON THE PLEADINGS OR SETTING OF A HEARING ON A PRELIMINARY INJUNCTIONAND ORDER DENYING THE EXTENSION OF THE EXISTING TEMPORARY RESTRAINING ORDER PENDING THE HEARING ON PRELIMINARY INJUNCTION**

The Court has considered Plaintiff's Emergency Opposed Motion for a Preliminary Injunction Order On The Pleadings or Setting of Hearing on a Preliminary Injunction and Motion for Extension of the Existing Temporary Restraining Order Pending the Hearing on Preliminary Injunction. The Court, having considered the evidence submitted, arguments of counsel, the motion, as well as any objections, responses or replies filed, is of the opinion that the Motion shall be DENIED.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that Plaintiff's Emergency Opposed Motion for a Preliminary Injunction Order On The Pleadings or Setting of Hearing on a Preliminary Injunction and Motion for Extension of the Existing Temporary Restraining Order Pending the Hearing on Preliminary Injunction is hereby DENIED.

SIGNED this _____ day of _____, 2021.

_____
JUDGE PRESIDING