## AFFIDAVIT OF STEVE NEELY

STATE OF ILLINOIS            §
                             §
COUNTY OF __*Cook*__         §

BEFORE ME, the undersigned authority, personally appeared Morrell Steve Neely, who, being by me duly sworn, deposed as follows:

1.    "My name is Morrell "Steve" Neely.  I am over the age of eighteen, of sound mind, and am fully competent to testify to the matters stated in this affidavit.  Unless stated otherwise, I have personal knowledge of the facts set forth herein and they are true and correct.

2.    I do not reside in Texas and have never lived in Texas.  I have never owned or leased real estate in Texas.

3.    I have never had a bank account or investment account with any Texas bank or financial institution.

4.    I cannot recall ever traveling to Texas for personal matters.

5.    I have never been an officer or director of a Texas business.

FURTHER AFFIANT SAYETH NOT."

_____
STEVE NEELY

SUBSCRIBED AND SWORN to before me on this the __*12th*__ day of May, 2021, to certify which witness my hand and seal of office.

_____
Printed Name: *Nancy Torres*
Notary Public in and for the State of Illinois
ID # . *805970*
My Commission Expires: *08-05-20*

OFFICIAL SEAL
NANCY TORRES
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:08/05/22

**EXHIBIT 1**