**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| MAXIM CRUDE OIL, LLC | § | |
|     Plaintiff | § | |
| | § | |
| vs. | § | |
| | § | Civil Cause No. 2:21-cv-00090 |
| NOIL CORP., INC. and | § | |
| MORRELL STEVE NEELY | § | |
| | § | |
|     Defendants | § | |

**ORDER GRANTING DEFENDANT STEVE NEELY'S MOTION TO DISMISS**

The Court has considered Defendant Steve Neely's Motion to Dismiss [Dkt. 8]. The Court, having considered the evidence submitted, arguments of counsel, the motion, as well as any objections, responses or replies filed, is of the opinion that the Motion shall be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that Defendant Steve Neely's Motion to Dismiss is hereby granted; and

IT IS FURTHER ORDERED, ADJUDGED and DECREED that Plaintiffs' claims against Defendant Steve Neely are hereby dismissed.

SIGNED this _____ day of _____, 2021.


_____
JUDGE PRESIDING