# INVOICE

**1800310791**

15 March 2021
**NOIL CORP INC**
Chicago, IL 60611          844-427-7877

| PAYMENT DUE BY: | **March 16, 2021** |
|---|---|

Sold To:
Attn: James Jenson
**MAXIM CRUDE OIL LLC**
1058 FM 3024
George West, Texas 78022

BOL n/a

| QUANTITY (Gal) | DETAILS | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| 1,575,000 | 1.575 million gallons Naphtha TK-300 | 1.4793 | 2,329,897.50 |
| 20% overage | | | 465,979.50 |

**Payment is to be held by Noil Corp Inc, trade account until the first lift has been confirmed as completed.**

**All payments are due by Friday at 11 AM CT for the following week.**

| Net Total | $2,795,877.00 | | |
|---|---|---|---|
| | | USD TOTAL | $2,795,877.00 |

| PAYMENT DETAILS | | OTHER INFORMATION |
|---|---|---|
| Name of Beneficiary: | Noil Corp Inc | |
| Name of Bank: | First Midwest Bank | |
| Address of Bank: | 749 Lee St, Des Plaines, IL 60016 | |
| Account Number: | 8100728099 | http://noilcorp.com |
| Routing Number: | 071901604 | info@noilcorp.com |
| Payment Reference: | 1800310785 | |

**PAYMENT SHOULD BE MADE BY BANK TRANSFER. MADE PAYABLE TO NOIL CORP INC.**

Agreed to by Maxim Crude Oil, LLC: _____

Agreed to by Noil Corp Inc.: _____

**EXHIBIT 2**