---------- Original Message ----------
From: James Jensen <james@maximcrude.com>
To: Jenn W <jennifer.watson@noilcorp.com>
Cc: David Hillman <david@maximcrude.com>
Date: March 18, 2021 5:15 PM
Subject: Re: Jobber agreement and updated invoice

Jennifer,
Just wanted to update you on this latest delay in getting things moving.
The pre-payment cash amount is more than Maxim typically keeps in its normal operating account and hence I've had to move some additional funds out of money market type account which is taking a few days longer than I anticipated to transfer over.
I'm sorry I did not anticipate this issue, but I'm think we should have everything straightened around by tomorrow,
Thanks,

James L. Jensen
Maxim Crude Oil, LLC

> On Mar 16, 2021, at 8:28 AM, Jenn W <jennifer.watson@noilcorp.com> wrote:
>
> Good morning.
>
> Please let me know if you need anything. I'll execute the documents and get them back to you immediately. Once we have everything in place, then we will get the refinery set and get your codes set up for the rack. Looking forward to working with you.
>
> Best,
>
> Jenn
> Noil Corp Inc.
>
> Sent from my iPhone

**EXHIBIT 4 - page 1**

Please forgive any typos that may occur.

> On Mar 15, 2021, at 6:41 PM, Jenn W <jennifer.watson@noilcorp.com> wrote:
>
> James,
>
> You're welcome, thank you. We look forward to working with you. Glad everything is good to go.
>
> Please let me know if you need anything.
>
> Best,
>
> Jenn
> Sr. VP
> Noil Corp Inc.
>
> Sent from my iPhone
> Please forgive any typos that may occur.
>
>> On Mar 15, 2021, at 6:25 PM, James Jensen <james@maximcrude.com> wrote:
>>
>> Jennifer,
>> All now looks good ——hadn't figured on the extra 20 % overage but David explained that an overage cushion is typical on a Agreement of this type.
>> So, will get everything signed and back to you, Thanks again for all your hard work on this Transaction.
>>
>> James L. Jensen
>> Maxim Crude Oil, LLC
>>
>>> On Mar 15, 2021, at 5:09 PM, James Jensen <james@maximcrude.com> wrote:
>>>
>>> Jennifer,

EXHIBIT 4 - page 2

I'm still a little perplexed by the amount of prepay on the invoice. Maxim budgeted one week of prepay based on the stated contract total of 6,300,000 gallons per month which correlated to a weekly prepay of 1,575,000 gallons for each week.
Based on the contract price today, ($1.4793 )that one week prepay on 1,575,000 gallons would be $2,329,897.50 ——not the $3,254394.00 as stated on the invoice.
What Am I missing?

James L. Jensen
Maxim Crude Oil, LLC

> On Mar 15, 2021, at 4:24 PM, Jennifer.watson@noilcorp.com wrote:
>
> Gentlemen,
>
> I truly apologize for the delays.  In trying to move things along, I have updated exhibit D of the jobber agreement and updated the invoice for the agreement (and pricing for today's price minus discount) to hold the payment in the trading account until the first lift has been confirmed and completed. If we are not placing a LOC on

EXHIBIT 4 - page 3

the jobber, then payment can be made every Friday to secure the following week if that works.

If this is all acceptable, please sign and return the documents and I will have the docs executed and do the same. I look forward to working with you both. If you have any questions or concerns, please feel free to always call/text/email me.

Best,

Jenn

Jennifer Watson

Senior Vice President
**Noil Corp Inc.**
110 West Kinzie St.
Chicago, Illinois 60654
Email: jennifer.watson@noilcorp.com
Direct: 803-687-3286

**Fueling the nation, empowering the future.**

**Noil Corp Inc.**
www.noilcorp.com

EXHIBIT 4 - page 4

&lt;mime-attachment.png&gt;

&lt;mime-attachment.jpg&gt;

**U.S. DOT # 2579474. Hazardous Materials Certificate # 176343**
This e-mail message is intended only for the named recipient(s) above and may contain information that is privileged, confidential, and/or exempt from disclosure under applicable law. Any other distribution, copying, or disclosure is strictly prohibited. If you have received this message in error, or are not the named recipient(s), please immediately notify the sender and delete this e-mail message.

&lt;Maxim crude order invoice #64301 03-15-2021 .pdf&gt;
&lt;Maxim Oil LLC draft jobber agreement 03-15-2021 .doc&gt;

EXHIBIT 4 - page 5

Jennifer Watson

**Noil Corp Inc.**
110 West Kinzie St.
Chicago, Illinois 60654
Email: jennifer.watson@noilcorp.com
Direct: 803-687-3286

**Fueling the nation, empowering the future.**

**Noil Corp Inc. www.noilcorp.com**

  

**U.S. DOT # 2579474. Hazardous Materials Certificate # 176343**

This e-mail message is intended only for the named recipient(s) above and may contain information that is privileged, confidential, and/or exempt from disclosure under applicable law. Any other distribution, copying, or disclosure is strictly prohibited. If you have received this message in error, or are not the named recipient(s), please immediately notify the sender and delete this e-mail message.

EXHIBIT 4 - page 6