FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MAXIM CRUDE OIL, LLC | § | |
|     Plaintiff | § | |
| | § | |
| vs. | § | |
| | § | Civil Cause No. 2:21-cv-00090 |
| NOIL CORP., INC. and | § | |
| MORRELL STEVE NEELY | § | |
| | § | |
|     Defendants | § | |

## AFFIDAVIT OF MICHAEL L. NAVARRE

STATE OF TEXAS     §
                        §
COUNTY OF TRAVIS   §

BEFORE ME, the undersigned authority, personally appeared Michael L. Navarre, who, being by me duly sworn, deposed as follows:

1. My name is Michael L. Navarre. I am over the age of twenty-one (21) years, am of sound mind, have never been convicted of a felony, and am fully competent and able to testify to the matters set forth herein. The information contained herein is based upon my personal knowledge and is true and correct.

2. I am an attorney with Beatty Navarre Strama, PC in Austin, Texas. I am the attorney of record for Defendants Noil Corp., Inc. and Steve Neely.

3. Attached to Defendants' Response in Opposition to Plaintiff's Request for a Preliminary Injunction are true and correct copies of the following documents:

Ex. 6    Texas Secretary of State Corporations Section Forfeiture pursuant to Section 171.309 of the Texas Tax Code of Maxim Crude Oil, L.L.C., dated August 1, 2014.

Ex. 7    Utah Secretary of State Business Organization Information Inquiry for Big Star Gathering Ltd., L.L.P., entity 6130359-0170 and 7663057-0171.

EXHIBIT 5 - page 1

Ex. 8  Texas Secretary of State Business Organization Information Inquiry listing management, assumed names, and filing history for St. James Energy Operating, Inc.

Ex. 9  First Amended Complaint dated April 20, 2012 in Civil Action No. 4:10-CV-01997; styled *PEMEX Exploración y Producción v. BASF Corp., et al.*, in the U.S. Southern District of Texas.

Ex. 10 Agreed Stipulation and Order of Dismissal against James Jensen, Big Star, and St. James Energy, dated May 30, 2013, in Civil Action No. 4:10-CV-01997; styled *PEMEX Exploración y Producción v. BASF Corp., et al.*, in the U.S. Southern District of Texas.

FURTHER AFFIANT SAYETH NOT.

_____
Michael L. Navarre

SUBSCRIBED AND SWORN to before me on this the 18th day of May, 2021, to certify which witness my hand and seal of office.

_____
Amy Weappa
Notary Public in and for the State of Texas
ID # 8043011
My Commission Expires: 11/20/2022

[Notary seal: AMY WEAPPA, COMM. EXPIRES 11-20-2022, NOTARY ID 804301-1]