

Corporations Section
P.O.Box 13697
Austin, Texas 78711-3697

Nandita Berry
Secretary of State

# Forfeiture pursuant to Section 171.309 of the Texas Tax Code
## of
## Maxim Crude Oil, L.L.C.

File Number : 801549563     Certificate / Charter forfeited :   August 01, 2014

The Secretary of State finds that:

1. The Secretary has received certification from the Comptroller of Public Accounts under Section 171.302 of the Texas Tax Code indicating that there are grounds for the forfeiture of the taxable entity's charter, certificate or registration; and

2. The Comptroller of Public Accounts has determined that the taxable entity has not revived its forfeited privileges within 120 days after the date that the privileges were forfeited.

Therefore, pursuant to Section 171.309 of the Texas Tax Code, the Secretary of State hereby forfeits the charter, certificate or registration of the taxable entity as of the date noted above and records this notice of forfeiture in the permanent files and records of the entity.



*Nandita Berry*

Nandita Berry
Secretary of State

Come visit us on the Internet @http://www.sos.state.tx.us/

(512) 463-5555      FAX (512) 463-5709      TTY 7-1-1

**EXHIBIT 6**