# BIG STAR GATHERING LTD. L.L.P.

**Entity Number:** 6130359-0170
**Company Type:** LLP - Domestic
**Address:** 1058 FM 3024 George West, TX 78022
**State of Origin:**
**Registered Agent:** JAMES L JENSEN
**Registered Agent Address:**
11177 EAGLE VIEW DR
Sandy, UT 84092

[View Management Team]

## Status: Expired

**Status:** Expired 🔴 *as of 03/31/2010*
**Status Description:** Failure to File Renewal
**Employment Verification:** Not Registered with Verify Utah

## History

[View Filed Documents]

**Registration Date:** 02/23/2006
**Last Renewed:** 02/19/2009

## Additional Information

**NAICS Code:** 9999 **NAICS Title:** 9999-Nonclassifiable Establishment

<< Back to Search Results

Business Name:

EXHIBIT 7 - page 1

# BIG STAR GATHERING LTD L.L.P.

**Entity Number:** 7663057-0171
**Company Type:** LLP - Foreign
**Address:** 1058 FM 3025 George West, TX 78022
**State of Origin:** TX
**Registered Agent:** JAMES L JENSEN
**Registered Agent Address:**
11177 EAGLE VIEW DR STE 150
Sandy, UT 84092

[View Management Team]

## Status: Expired

**Status:** Expired 🔴 as of 05/21/2012
**Status Description:** Failure to File Renewal
**Employment Verification:** Not Registered with Verify Utah

## History

[View Filed Documents]

**Registration Date:** 04/22/2010
**Last Renewed:** 05/18/2011

## Additional Information

**NAICS Code:** 4543 **NAICS Title:** 4543-Direct Selling Establishments

<< Back to Search Results

Business Name:

EXHIBIT 7 - page 2