# TEXAS SECRETARY of STATE
# RUTH R. HUGHS

BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 800573177 | **Entity Type:** | Foreign For-Profit Corporation |
| **Original Date of Filing:** | November 16, 2005 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 32018591753 | **FEIN:** | |
| **Name:** | St. James Energy Operating, Inc. | | |
| **Address:** | 1058 RM 3024<br>GEORGE WEST, TX 78022-0000 USA | | |
| **Fictitious Name:** | St. James Crude Oil Transport, Inc. | | |
| **Jurisdiction:** | UT, USA | | |
| **Foreign Formation Date:** | September 16, 2005 | | |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|
| **Last Update** | **Name** | | **Title** | **Address** | |
| July 20, 2009 | JAMES L JENSEN | | PRESIDENT | 11177 EAGLE VIEW DR SANDY, UT 84092 USA | |
| July 20, 2009 | KELLY JENSEN | | SECRETARY | 11177 EAGLE VIEW DR SANDY, UT 84092 USA | |

[Order]  [Return to Search]

Instructions:
- To place an order for additional information about a filing press the 'Order' button.

EXHIBIT 8 - page 1

# TEXAS SECRETARY of STATE
# RUTH R. HUGHS

### BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 800573177 | **Entity Type:** | Foreign For-Profit Corporation |
| **Original Date of Filing:** | November 16, 2005 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 32018591753 | **FEIN:** | |

| | |
|---|---|
| **Name:** | St. James Energy Operating, Inc. |
| **Address:** | 1058 RM 3024<br>GEORGE WEST, TX 78022-0000 USA |
| **Fictitious Name:** | St. James Crude Oil Transport, Inc. |
| **Jurisdiction:** | UT, USA |
| **Foreign Formation Date:** | September 16, 2005 |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|
| **Assumed Name** | **Date of Filing** | **Expiration Date** | **Inactive Date** | **Name Status** | **Counties** |
| St. James Crude Oil Transport, Inc. | November 16, 2005 | November 16, 2015 | November 16, 2015 | Expired | All Counties |

[Order]  [Return to Search]

Instructions:
- To place an order for additional information about a filing press the 'Order' button.

EXHIBIT 8 - page 2

# TEXAS SECRETARY of STATE
# RUTH R. HUGHS

BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 800573177 | **Entity Type:** | Foreign For-Profit Corporation |
| **Original Date of Filing:** | November 16, 2005 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 32018591753 | **FEIN:** | |

| | |
|---|---|
| **Name:** | St. James Energy Operating, Inc. |
| **Address:** | 1058 RM 3024<br>GEORGE WEST, TX 78022-0000 USA |
| **Fictitious Name:** | St. James Crude Oil Transport, Inc. |
| **Jurisdiction:** | UT, USA |
| **Foreign Formation Date:** | September 16, 2005 |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|
| **View Image** | **Document Number** | **Filing Type** | **Filing Date** | **Effective Date** | **Eff. Cond** | **Page Count** |
| | 109216730002 | Application for Certificate of Authority | November 16, 2005 | November 16, 2005 | No | 2 |
| | 109216290002 | Certificate of Assumed Business Name | November 16, 2005 | November 16, 2005 | No | 2 |
| | 188434550001 | Public Information Report (PIR) | December 31, 2007 | October 7, 2007 | No | 1 |
| | 267876670001 | Public Information Report (PIR) | December 31, 2008 | July 20, 2009 | No | 1 |
| | 267435130001 | Public Information Report (PIR) | December 31, 2008 | July 17, 2009 | No | 1 |
| | 336244740001 | Public Information Report (PIR) | December 31, 2010 | October 23, 2010 | No | 1 |

[Order]   [Return to Search]

Instructions:
- To place an order for additional information about a filing press the 'Order' button.

EXHIBIT 8 - page 3