IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS HOUSTON
DIVISION

| | | |
|---|---|---|
| PEMEX EXPLORACIÓN Y PRODUCCIÓN, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | |
| BASF CORPORATION, ET AL., | § § | Civil Action No. 4:10-CV-01997 |
| Defendants | § § § | |
| | § § § | JURY TRIAL REQUESTED |
| | § § | |

| | | |
|---|---|---|
| PEMEX EXPLORACIÓN Y PRODUCCIÓN, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 4:11-CV-02019 |
| BIG STAR GATHERING LTD L.L.P., ET AL., | § § § § | |
| Defendants | | |

AGREED STIPULATION AND ORDER OF DISMISSAL OF CLAIMS AGAINST JAMES JENSEN, BIG STAR GATHERING, LTD. L.L.P. AND ST. JAMES ENERGY OPERATING, INC.

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff Pemex Exploración y Producción files this agreed stipulation of dismissal with prejudice of all claims and causes of action asserted against Defendants James Jensen, Big Star Gathering, Ltd. L.L.P. and St. James Energy Operating, Inc. (together, "Big Star") in this consolidated lawsuit, with the parties to bear their own costs and fees. By the signature of its counsel below, Big Star has noted its agreement to this stipulation.

EXHIBIT 10 - page 1

WHEREFORE Plaintiff Pemex Exploración y Producción prays that all claims asserted, or that could have been asserted in this lawsuit against Big Star be dismissed with prejudice, and that each party bear its own attorneys' fees and costs.

IT IS SO ORDERED.

SIGNED this **30th** day of **May**, 2013.

Hon. Sim Lake
United States District Judge

Stipulated to and agreed by:

/s/ Mark Maney
Mark Maney
Attorney-in-charge
Texas Bar No. 12898200
Federal ID: 1815

Christopher Register
Texas Bar No. 24081117
Federal ID: 1154155
1000 Louisiana, Suite 2800
Houston, Texas 77002
Telephone: 713.806.2500
mmaney@maneylaw.com
cregister@maneylaw.com
**ATTORNEYS FOR PEMEX EXPLORACIÓN Y PRODUCCIÓN**

Jerry Young
Texas Bar No. 00785301
3 E. Greenway Plaza
Suite 2000
Houston, Texas 77046
713.651-0111
jyoung@coatsrose.com
**ATTORNEYS FOR BIG STAR**

**EXHIBIT 10 - page 2**

Certificate of Service

The undersigned certifies that a true and correct copy of the foregoing document has been served electronically via the Court's electronic filing system on the 29th day of May, 2013, on all counsel of record.

/s/ Christopher Register
Christopher Register

**EXHIBIT 10 - page 3**