**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| MAXIM CRUDE OIL, LLC | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Cause 2:21-cv-00090 |
| | § | |
| NOIL CORP., INC. AND MORRELL | § | |
| STEVE NEELY | § | |
| | § | |
| *Defendants*. | § | |

**PLAINTIFF MAXIM CRUDE OIL, LLC'S NOTICE OF SUPPLEMENT TO THE RECORD**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Now Comes Maxim Crude Oil, LLC (herein "Plaintiff" or "Maxim"), and files this Notice of Supplement to the Record.

Dated: May 20, 2021.

Respectfully Submitted,

/s/ *Antonio Ortiz*
Antonio Ortiz
State Bar # 24074839
Shelby A. Jordan
State Bar # 11016700
**JORDAN & ORTIZ, P.C.**
500 N. Shoreline, Suite 900
Corpus Christi, Texas, 78401
Telephone: (361) 884-5678
Telecopier: (361) 888-5555
Email: aortiz@jhwclaw.com
sjordan@jhwclaw.com
Copy to: cmadden@jhwclaw.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of May, 2021, a true and correct copy of the foregoing was served on the parties listed below via the court's CMECF electronic filing or via email.

Matthew R. Beatty (mbeatty@bnsfirm.com)
Michael L. Navarree (mnavarre@bnsfirm.com)
Beatty Navarre Strama, PC
901 S. MoPac Expy.
Building 1, Suite 200
Austin, Texas 78746

Mary J. Schwartz (mschwartz@schainbanks.com)
Schain Banks
Three First National Plaza
70 W. Madison Street, Suite 5300
Chicago, IL 60602

*/s/ Antonio Ortiz*
Antonio Ortiz

AT&T LTE 3:06 PM 11%

30

JW

Jennifer

Tue, Mar 23, 9:28 AM

Did the wire hit ?

Good Morning. Yes, the 1.5 was received this morning. Thank you

Steve is working with the terminal now to get everything set up for you. Once the other 500k comes in over the day or two, then we will be good to lift the full load, unless you want me to adjust to the 1.5 payment for now and then break it down for the 500k as a separate lift. We can do any adjustments as needed

Subject

iMessage

Pay

AT&T LTE 3:07 PM 11%

30

JW

Jennifer >

adjust to the 1.5 payment for now and then break it down for the 500k as a separate lift. We can do any adjustments as needed.

Would you mind sending a short commitment letter on your letterhead that states you will be moving the 1,575,000 weekly with R/E for the 6,000,000 gallons monthly by the number trucks used? And That you are prepay and commit to the full 5 year contract? Steve will send this for file at the terminal to go with the contract. (If you can, I appreciate it. Thank you)

Subject

iMessage

AT&T LTE 3:07 PM 11%

30

JW

Jennifer >

Ok, here is where we are. The terminal has already set up the lift for the 1,575,000. So Steve says it really isn't a good idea to pull that volume and lower it on the first lift. But we are good to go. When will the other $500k be available? I'm trying to get that part adjusted if I can. That is all we need. But if we are close in time line, then I'm trying to push an alternative so you can get your first lift.

Jenn

Wed, Mar 24, 1:13 PM

Subject

iMessage

Pay

AT&T LTE 3:07 PM 11%

30

JW

Jennifer >

Tue, Mar 23, 12:09 PM

Was you adjusting invoice?

No. The balance it what is due. I spoke to Steve and he had already started with the terminal on the 2 million total. So he's going to let the terminal come back and finish and then we will see about adjusting the first volume. It just it was already being put into the system for the product.

Understood we can work it out

It was the volume that we

Subject

iMessage