**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| MAXIM CRUDE OIL, LLC<br>*Plaintiff*, | §<br>§<br>§ | |
| v. | § | Civil Cause 2:21-cv-00090 |
| NOIL CORP., INC. AND MORRELL STEVE NEELY<br>*Defendants*. | §<br>§<br>§<br>§ | |

**PLAINTIFF'S CERTIFICATION AS TO INTERESTED PARTIES**

Plaintiff, Maxim Crude Oil, LLC (hereinafter referred to as "Plaintiff"), files this Certificate of Interested Parties.

The Court's Order for Conference and Disclosure of Interested Parties [Doc. 9], calls for a list of all persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other legal entities that are financially interested in the outcome of this litigation. Plaintiff hereby discloses the following interested parties:

1. Noil Corp., Inc. is an Illinois Corporation having a single owner, Morrell Steve Neely.
2. Morrell Steve Neely is a citizen of the State of Illinois and a resident of Cook County. Mr. Neely is also the president of Noil Corp., Inc.
3. Maxim Crude Oil, LLC is Texas Corporation having a single owner, James Jensen.

Dated: May 28, 2021.

Respectfully Submitted,

/s/ *Antonio Ortiz*

Antonio Ortiz
State Bar # 24074839
Shelby A. Jordan
State Bar # 11016700
**JORDAN & ORTIZ, P.C.**
500 N. Shoreline, Suite 900
Corpus Christi, Texas, 78401

Telephone: (361) 884-5678
Telecopier: (361) 888-5555
Email: aortiz@jhwclaw.com
sjordan@jhwclaw.com
Copy to: cmadden@jhwclaw.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of May, 2021, a true and correct copy of the foregoing was served on the parties listed below via the court's CMECF electronic filing or via email.

Matthew R. Beatty (mbeatty@bnsfirm.com)
Michael L. Navarree (mnavarre@bnsfirm.com)
Beatty Navarre Strama, PC
901 S. MoPac Expy.
Building 1, Suite 200
Austin, Texas 78746

Mary J. Schwartz (mschwartz@schainbanks.com)
Schain Banks
Three First National Plaza
70 W. Madison Street, Suite 5300
Chicago, IL 60602

*/s/ Antonio Ortiz*
Antonio Ortiz