# INVOICE

1800310791

15 March 2021
NOIL CORP INC
Chicago, IL 60611                844-427-7877

| PAYMENT DUE BY: | March 16, 2021 |
|---|---|

Sold To:
Attn: James Jenson
MAXIM CRUDE OIL LLC
1058 FM 3024
George West, Texas 78022

BOL n/a

| QUANTITY (Gal) | DETAILS | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| 1,575,000 | 1.575 million gallons Naphtha TK-300 | 1.4793 | 2,329,897.50 |
| 20% overage | | | 465,979.50 |

\*\*Payment is to be held by Noil Corp Inc. trade account until the first lift has been confirmed as completed.\*\*

\*\*All payments are due by Friday at 11 AM CT for the following week.\*\*

| Net Total | $2,795,877.00 | | |
|---|---|---|---|
| | | USD TOTAL | $2,795,877.00 |

**PAYMENT DETAILS**                                                    **OTHER INFORMATION**

| Name of Beneficiary: | Noil Corp Inc |
|---|---|
| Name of Bank: | First Midwest Bank |
| Address of Bank: | 749 Lee St, Des Plaines, IL 60016 |
| Account Number: | 8100728099 |
| Routing Number: | 071901604 |
| Payment Reference: | 1800310785 |

http://noilcorp.com
info@noilcorp.com

PAYMENT SHOULD BE MADE BY BANK TRANSFER. MADE PAYABLE TO NOIL CORP INC.

Agreed to by Maxim Crude Oil, LLC: _James R. Jensen Mgr._

Agreed to by Noil Corp Inc.: _[signature]_

**EXHIBIT 2**