**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| MAXIM CRUDE OIL, LLC<br>Plaintiff<br><br>vs.<br><br>NOIL CORP., INC. and<br>MORRELL STEVE NEELY<br><br>Defendants | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Cause No. 2:21-cv-90 |

**DESIGNATION OF EXPERT DISCLOSURES ON BEHALF OF NOIL CORP. INC. AND MORRELL STEVE NEELY**

TO: Plaintiff, Maxim Crude Oil, LLC, by and through its attorneys of record, Antonio Ortiz and Shelby A. Jordan, Jordan, Holzer & Ortiz, P.C., 500 N. Shoreline, Suite 900, Corpus Christi, Texas, 78401

Defendants Noil Corp., Inc. ("Noil") and Morrell Steve Neely ("Neely") make these expert disclosures as required by Federal Rule of Civil Procedure 26(a)(2) and pursuant to the Scheduling Order [D.E. #30] of this Court.

1. Morrell Steve Neely
   c/o Michael L. Navarre
   BEATTY NAVARRE STRAMA, PC
   901 S. Mopac Expwy., Bldg. 1, Ste. 200
   Austin, Texas 78746
   Telephone: (512) 879-5050

Mr. Neely is the owner of Noil Corp., Inc. and has extensive experience in the procuring, purchasing, and selling of fuel products. Based on his experience in the industry, Mr. Neely will testify as to the customs and practices in the industry, as they relate to the claims, counterclaims, and defenses in this matter, including contractual arrangements, efforts to obtain product, specifications for product, the export of products such as Naptha, required licenses in the industry, and the interaction between purchasers, brokers, and/or terminals.

2. Michael L. Navarre
   BEATTY NAVARRE STRAMA, PC
   901 S. Mopac Expwy., Bldg. 1, Ste. 200
   Austin, Texas 78746
   Telephone: (512) 879-5050

3. Marty J. Schwartz
SCHAIN BANKS
Three First National Plaza
70 W. Madison Street, Suite 5300
Chicago, IL 60602
(312) 345-5700

Mr. Navarre and/or Mr. Schwartz will testify as to the necessity and reasonableness of the attorneys' fees and costs incurred by the parties in this matter, including the recovery of any such fees and costs by Noil and Neely. Mr. Navarre and/or Mr. Schwartz will (1) submit affidavits pursuant to Fed. R. Civ. P. 54(d)(2)(B) timely upon trial of this matter or (2) testify as this Court directs. Additional information concerning Mr. Navarre can be found at https://www.bnsfirm.com/attorneys/michael-navarre/. Information concerning Mr. Schwartz can be found at https://www.schainbanks.com/our_attorneys/schwartz.html.

General substance of opinions and brief summary of basis for them: The services provided by the respective law firms, as well as the hourly rates charged, were/are both reasonable and necessary to a successful defense of Defendants' claims in this lawsuit and prosecution of Noil's counterclaims. The opinions are/will be based on the review of the firms' monthly time and expense billing in this matter, the tasks performed in this matter, their experience as attorneys licensed in various jurisdictions, and knowledge of the fees and costs incurred in similar litigation. They may also testify as to the reasonableness and necessity of the fees and costs claimed by Plaintiffs based on these same factors and may provide testimony concerning the lodestar rules of this Court. Their testimony will also include a review of his professional resume.

Noil and Neely expressly reserve the right to supplement these designations with Court approval. The parties have conducted no deposition discovery thus far in the case and Plaintiff has failed to abide by its discovery obligations. Thereafter, it is likely that Noil and Neely may seek leave to supplement this Expert designation with a retained expert as to liability or damages.

Respectfully submitted,

*<u>/s/ Michael L. Navarre</u>*
Michael L. Navarre
State Bar No. 00792711
mnavarre@bnsfirm.com
BEATTY NAVARRE STRAMA, P.C.
901 S. Mopac Expwy., Bldg. 1, Ste. 200
Austin, Texas 78746
(512) 879-5050—Telephone
(512) 879-5040—Facsimile

Marty J. Schwartz (of counsel)
IL State Bar No. 50839
mschwartz@schainbanks.com
SCHAIN BANKS
Three First National Plaza
70 W. Madison Street, Suite 5300
Chicago, IL 60602
(312) 345-5700 Telephone
(312) 345-5701 Facsimile

**ATTORNEYS FOR DEFENDANTS NOIL CORP., INC. AND MORRELL STEVE NEELY**

## CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I hereby further certify that I e-served the document to the attorneys of record for Defendants at the following email addresses on December 15, 2021:

Antonio Ortiz – via aortiz@jhwclaw.com
Shelby A. Jordan – via sjordan@jhwclaw.com
JORDAN, HOLZER & ORTIZ, P.C.
500 N. Shoreline, Suite 900
Corpus Christi, Texas, 78401

*/s/ Michael L. Navarre*
Michael L. Navarre