DocuSign Envelope ID: A3306EA9-157A-4E1F-9F6F-255C86FE2253

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MAXIM CRUDE OIL, LLC<br> Plaintiff<br><br>vs.<br><br>NOIL CORP., INC.,<br> Defendant/<br> Counter-Plaintiff<br><br>and<br><br>MORRELL STEVE NEELY,<br><br> Defendant,<br><br>vs.<br><br>James Jensen<br><br> Counter/Defendant | §§§§§§§§§§§§§§§§§§§§§<br><br>Civil Cause No. 2:21-cv-90 |

## DECLARATION OF MORRELL "STEVE" NEELY

I, Morrell "Steve" Neely, declare as follows:

1. My name is Morrell "Steve" Neely. I am over the age of 18, and I am fully competent to make this Declaration. The statements contained in this Declaration are true and correct and are based on my personal knowledge.

2. Along with Noil Corp, Inc. ("Noil"), I am a defendant in this matter and I am CEO and President of Noil.

3. I have reviewed the transactions identified on page 13 of Maxim's summary judgment response that are contained in Exhibit B to Maxim's summary judgment response.

4. Noil purchased cryptocurrency on behalf of itself and in its own accounts. The cryptocurrency accounts that are referenced in Exhibit B were opened by Noil and are owned by

DocuSign Envelope ID: A3306EA9-157A-4E1F-9F6F-255C86FE2253

Noil. Attached to my declaration are true and accurate screen prints showing that Noil owns these accounts. The cryptocurrency transactions in Exhibit B were conducted by Noil for its benefit.

5. The three transactions totaling $15,000 that include "S&p Global Platts" in the description on the account statements are for the purchase and use of pricing information from S&P Global Platts and were for Noil and benefit Noil in its business. S&P Global Platts is a global supplier of information, news, analysis, pricing data, and market data for the energy and commodity business.

6. The June 24, 2021 wire payment to me in the amount of $12,000 was for rent for Noil's office. The July 26, 2021 wire payment to me in the amount of $15,000 was for rent for Noil's office.

7. On July 14, 2021, I wired $25,000 to Noil for fuel bonds for the benefit of Noil.

8. On July 30, 2021, Noil transferred $212,000 out of its First Midwest Bank account to Noil's other bank account.

9. Robert Parker is Noil's landlord and the wire transfers to Robert Parker were for rental payments for Noil's office that benefit Noil.

10. The credit card payments of $5,000 on April 20, 2021 and $8,000 on July 14, 2021 that include "Citi Card Online Payment" in the description on the account statements were for payments on Noil's corporate card.

11. The withdrawal on August 9, 2021 of $5,000 was for cash for IT work on Noil's computer network and security infrastructure.

12. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

DocuSign Envelope ID: A3306EA9-157A-4E1F-9F6F-255C86FE2253

EXECUTED this 12th day of April, 2022.

_____
MORRELL "STEVE" NEELY



# Profile

| | |
|---|---|
| Full Name | Noil Corp Inc. |
| Phone | +13109869610 |
| Email | morrellneely@yahoo.com |

NOIL-000569

# Profile



## Noil Corp

info@noilcorp.com

**Edit profile photo**

### Contact info

| Display name |
|---|
| Noil Corp |

| Email address |
|---|
| info@noilcorp.com |

| Crypto addresses |
|---|



NOIL-000571