UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MAXIM CRUDE OIL, LLC, | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:21-CV-00090 |
| MORRELL STEVE NEELY, | § | |
| Defendant. | § | |

## **RECUSAL ORDER**

I stand recused in this case.

ORDERED on September 16, 2024.

_____
Jason B. Libby
United States Magistrate Judge