**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| MAXIM CRUDE OIL, LLC<br>*PLAINTIFF*, | §<br>§ | |
| | § | |
| V. | § | CIVIL CAUSE 2:21-CV-00090 |
| | § | |
| NOIL CORP., INC. AND MORRELL<br>STEVE NEELY | §<br>§ | |
| | § | |
| *DEFENDANTS.* | § | |

**AFFIDAVIT OF ANTONIO ORTIZ IN SUPPORT OF ATTORNEYS FEES (DOCKET #147)**

**STATE OF TEXAS** }
**COUNTY OF TRAVIS**

BEFORE ME, the undersigned authority, personally appeared Antonio Ortiz, known to me and upon his oath stated as follows:

My name is Antonio Ortiz. I am over 18 years of age, of sound mind, and fully competent to make this Affidavit. The matters set forth in this Affidavit are based on my personal knowledge and are true and correct. I have personal knowledge of the matters discussed in this Proffer and the opinions expressed are my opinions.

1. I am a shareholder of Jordan & Ortiz, P.C. (herein "**Jordan Ortiz**"). Each shareholder and associate attorney of Jordan & Ortiz is licensed to practice law in the State of Texas and in this Court.

## I.
## PROFESSIONAL BACKGROUND

2. I have been a licensed attorney in the State of Texas since 2010. I am admitted to practice law in the United States District Court for the Southern District, along with all other federal courts within the State of Texas.

3. As a result of this practice, I am generally familiar with the rates charged by law firms in the Southern District of Texas for representing clients in business litigation and fraud claims tried to a court as more fully set out herein.

## II.

## SUMMARY OF JORDAN & ORTIZ'S WORK FOR PLAINTIFF

4. Jordan & Ortiz, P.C. was retained by Plaintiff to represent them in a civil conspiracy fraud and breach of contract case against Defendants.

5. Plaintiff and Defendants entered into a Settlement Agreement where Defendants were obligated to pay a total settlement of $415,000 according to a certain payment schedule. Unfortunately, Defendants defaulted on the Settlement Agreement not long after the agreement was entered into when Defendants failed to make a required payment of $120,000 on September 1, 2022, and have failed to cure the default despite Plaintiff giving Defendants ample opportunities to do so. Out of the total settlement of $415,000, only $247,000 has been paid, leaving a remaining total due of $168,000. Furthermore, Plaintiff has not received any payments (that was not returned for nonsufficient funds) since July 7, 2023.

6. As a result of Defendants breaching the Settlement Agreement, I filed Plaintiff's Motion to Enforce Settlement and Request Sanctions and Attorney's Fees (Docket #137) on Plaintiff's behalf. The Motion to Enforce the Settlement Agreement seeks, among other things, to recover Plaintiff's attorneys' fees incurred as a result of Plaintiff's numerous attempts to collect the remaining settlement funds, including the time spent to draft the underlying Motion to Enforce. This Affidavit is being submitted in connection with Plaintiff's Motion to Enforce the Settlement Agreement.

7. Attached as Exhibit "1" are true and correct copies of Jordan & Ortiz, P.C. invoices that pertain to the time and effort they have taken to try and collect the remaining settlement amount due.

## III.
## THIS FEE APPLICATION - LODESTAR TOPICS

### A. The Retention of Jordan Ortiz on behalf of Trustee - The Jordan Ortiz Loadstar Fees – All Billing for Hours Spent and Out-of-Pocket Expenses

8. Jordan Ortiz's hourly rates for its attorneys, paralegals, and law clerks were subject to periodic adjustment to reflect economic, experience and other factors, in accordance with its court-approved fee agreements with the Debtors. On each occasion, those rates were far below the national rates charged by national firms in representations such as this national-scope case.

9. Considering the blended rates of attorneys and paralegal, all keeping hourly billing time records was less than $500 per hour and is far below the national rates charged by national firms in representations such as this national-scope case. The hourly billings by each attorney and paralegal is:

a. Antonio Ortiz (attorney) $350.00
b. Chrystal Madden (paralegal) $160.00

10. All expenses billed were reasonable and necessary to accomplish the legal work.

11. Jordan Ortiz Exhibit "1" attached hereto as true and correct copies of all Jordan Ortiz's attorney's fees with regard to collection of the remaining settlement amount and filing of the various pleadings to enforce the settlement. Jordan Ortiz also requests this Court take judicial notice of the record of this case including the Court's docket sheet of the filings in this proceeding.

12. The billing is from when the default of the settlement started in September 2022 through October 2024. Jordan Ortiz incurred gross hourly fees related to the sanctions issue of $11,915.00 and expenses of $70.38, in prosecution of its Lodestar fee application, as shown in Jordan Ortiz Exhibit A. Accordingly, Jordan Ortiz has incurred:

| | |
|---|---|
| **a. Net hourly fees billed** | **$11,915.00** |
| **b. Net expenses billed** | **$ 70.38** |
| **TOTAL Fees and Expenses Sought as Attorney's Fees:** | **$11,985.38** |

13. The time spent and fees incurred were necessary to prosecute Plaintiff's claims and collect amounts outstanding to Plaintiff under the parties' settlement. Plaintiff would not have had to incur these fees and expenses if Defendants had paid the remaining settlement amount due as agreed to in the Settlement Agreement.

14. This concludes my declaration. Pursuant to 28 U.S.C. §1764, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Further Affiant sayeth not."

Executed this 2nd day of December, 2024.

By: Antonio Ortiz

SUBSCRIBED AND SWORN this 2nd day of December, 2024 to witness my hand and seal of office.

CHRYSTAL KARSTEDT
NOTARY PUBLIC
ID# 12469356-3
STATE OF TEXAS
EXPIRES 03-12-2025

Notary in and for the State of Texas
My Commission Expires: March 31, 2025

JORDAN & ORTIZ, P.C.
500 N. SHORELINE BLVD, SUITE 804
CORPUS CHRISTI, TEXAS 78401-0341
TAX ID NO. 74-2553880
(361) 884-5678

EXHIBIT
1


October 07, 2022
Account No: 5813-001000M
Statement No: 922021

MAXIM CRUDE OIL LLC
21076 North Reynolds Road
Rio Hondo, TX 78583
Attn: Kristi Johnson
email: kristi@maximcrude.com

Business Matters

| Date | TK | Description | Hours | Amount |
|---|---|---|---|---|
| 09/01/2022 | AO | Correspondence with Marty Schwartz regarding Neely's request for extension on $120k payment. | 0.70 | |
| 09/02/2022 | AO | Draft notice of default and send to Michael Navarre and Marty Schwartz and correspondence with James Jensen regarding same. | 0.80 | |
| 09/08/2022 | AO | Prepare for show cause hearing on 9/9. | 0.60 | |
| 09/09/2022 | AO | Prepare for and attend show cause hearing and explain to Judge Libby that Noil failed to make $120k payment; request court schedule status conference in 30 days; correspondence updating client on outcome of hearing. | 1.30 | |
| 09/27/2022 | CRM | Prepare motion to unseal settlement transcript; email same to Antonio Ortiz. | 0.50 | |
| | AO | Work on motion to unseal hearing transcript. | 1.00 | |
| | | For Current Services Rendered | 4.90 | 1,620.00 |

Recapitulation

| Timekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| ANTONIO ORTIZ | Partners | 4.40 | $350.00 | $1,540.00 |
| CHRYSTAL MADDEN | Paralegals | 0.50 | 160.00 | 80.00 |

Total Current Work 1,620.00

[redacted] [redacted]

[redacted]

[redacted] [redacted] [redacted]

JORDAN & ORTIZ, P.C.
500 N. SHORELINE BLVD, SUITE 804
CORPUS CHRISTI, TEXAS 78401-0341
TAX ID NO. 74-2553880
(361) 884-5678



MAXIM CRUDE OIL LLC
21076 North Reynolds Road
Rio Hondo, TX 78583
Attn: Kristi Johnson
email: kristi@maximcrude.com

November 07, 2022
Account No: 5813-001000M
Statement No: 922082

Business Matters

[redacted] [redacted]

| | | | Hours |
|---|---|---|---|
| 10/03/2022 | AO | Correspondence with Marty Schwartz regarding payment from Nelly and correspondence regarding [redacted] | 0.70 |
| 10/04/2022 | AO | Prepare for hearing; correspondence regarding postponing hearing date to allow for payments by Neely to be made and correspondence with client regarding [redacted] | 1.00 |
| 10/20/2022 | AO | Prepare for hearing [redacted] | 1.00 |
| 10/21/2022 | AO | Prepare and attend status conference [redacted] | 2.50 |
| | | Total Non-billable Hours | 5.20 |

Recapitulation

| Timekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| ANTONIO ORTIZ | Partner | 5.20 | $350.00 | $1,820.00 |

| | | |
|---|---|---|
| 10/03/2022 | Computer Research - Pacer. | 2.60 |
| | Total Expenses | 2.60 |
| | Total Current Work | 1,822.60 |

[redacted] [redacted]

[redacted] [redacted]

[redacted]

[redacted] [redacted] [redacted]

JORDAN & ORTIZ, P.C.
500 N. SHORELINE BLVD, SUITE 804
CORPUS CHRISTI, TEXAS 78401-0341
TAX ID NO. 74-2553880
(361) 884-5678



MAXIM CRUDE OIL LLC
21076 North Reynolds Road
Rio Hondo, TX 78583
Attn: Kristi Johnson
email: kristi@maximcrude.com

December 05, 2022
Account No: 5813-001000M
Statement No: 922139

Business Matters

[redacted] [redacted]

| | | | Hours | |
|---|---|---|---|---|
| 11/14/2022 | CRM | Prepare draft of motion to reopen case; email same to Antonio Ortiz. | 0.70 | |
| | AO | Work on motion [redacted] | 1.00 | |
| 11/22/2022 | AO | Correspondence demanding payment and [redacted] | 0.50 | |
| | | For Current Services Rendered | 2.20 | 637.00 |

Recapitulation

| Timekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| ANTONIO ORTIZ | Partners | 1.50 | $350.00 | $525.00 |
| CHRYSTAL MADDEN | Paralegals | 0.70 | 160.00 | 112.00 |

Total Current Work 637.00

[redacted] [redacted]

[redacted] [redacted]0

[redacted]

JORDAN & ORTIZ, P.C.
500 N. SHORELINE BLVD, SUITE 804
CORPUS CHRISTI, TEXAS 78401-0341
TAX ID NO. 74-2553880
(361) 884-5678

Page: 1
February 08, 2023
Account No: 5813-001000M
Statement No: 922248

MAXIM CRUDE OIL LLC
21076 North Reynolds Road
Rio Hondo, TX 78583
Attn: Kristi Johnson
email: kristi@maximcrude.com

Business Matters

| | | |
|---|---|---|
| 01/31/2023 | Computer Research - TransUnion | 42.48 |
| | Total Expenses | 42.48 |
| | Total Current Work | 42.48 |
| | [redacted] | [redacted] |

[redacted]

[redacted]

*The entry N/C signifies time spent for which there will be no charge.*

JORDAN & ORTIZ, P.C.
500 N. SHORELINE BLVD, SUITE 804
CORPUS CHRISTI, TEXAS 78401-0341
TAX ID NO. 74-2553880
(361) 884-5678



October 04, 2023
Account No: 5813-001000M
Statement No: 922738

MAXIM CRUDE OIL LLC
21076 North Reynolds Road
Rio Hondo, TX 78583
Attn: Kristi Johnson
email: kristi@maximcrude.com

Business Matters

| | | | Hours | |
|---|---|---|---|---|
| 09/13/2023 | AO | Review supplemental mediation report uploaded on court's docket by Judge Libby. | 0.30 | |
| 09/20/2023 | AO | Prepare for and attend court ordered status conference to discuss terms of settlement and reasons why case has not been dismissed. | 1.30 | |
| | | For Current Services Rendered | 1.60 | 560.00 |

Recapitulation

| Timekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| ANTONIO ORTIZ | Partners | 1.60 | $350.00 | $560.00 |

Total Current Work 560.00

[redacted] [redacted]

[redacted]

[redacted] [redacted] [redacted]

*The entry N/C signifies time spent for which there will be no charge.*

JORDAN & ORTIZ, P.C.
500 N. SHORELINE BLVD, SUITE 804
CORPUS CHRISTI, TEXAS 78401-0341
TAX ID NO. 74-2553880
(361) 884-5678



MAXIM CRUDE OIL LLC
21076 North Reynolds Road
Rio Hondo, TX 78583
Attn: Kristi Johnson
email: kristi@maximcrude.com

December 06, 2023
Account No: 5813-001000M
Statement No: 922873

Business Matters

[redacted] [redacted]

| | | | Hours | |
|---|---|---|---|---|
| 11/29/2023 | CRM | Draft joint statement on status to provide to court. | 0.50 | |
| 11/30/2023 | AO | Prepare joint status report to file with the Court and correspondence with Navarree regarding same. | 0.50 | |
| | | For Current Services Rendered | 1.00 | 255.00 |

Recapitulation

| Timekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| ANTONIO ORTIZ | Partners | 0.50 | $350.00 | $175.00 |
| CHRYSTAL MADDEN | Paralegals | 0.50 | 160.00 | 80.00 |

Total Current Work 255.00

[redacted] [redacted]

*The entry N/C signifies time spent for which there will be no charge.*

JORDAN & ORTIZ, P.C.
500 N. SHORELINE BLVD, SUITE 804
CORPUS CHRISTI, TEXAS 78401-0341
TAX ID NO. 74-2553880
(361) 884-5678



MAXIM CRUDE OIL LLC
21076 North Reynolds Road
Rio Hondo, TX 78583
Attn: Kristi Johnson
email: kristi@maximcrude.com

January 09, 2024
Account No: 5813-001000M
Statement No: 922936

Business Matters

| | | | | |
|---|---|---|---|---|
| | | PREVIOUS BALANCE | | $815.00 |
| | | | Hours | |
| 12/14/2023 | AO | Review order issued by Court for parties to file a status report. | 0.30 | |
| 12/29/2023 | CRM | Emails to opposing counsel regarding check returned as NSF. | 0.20 | |
| | | For Current Services Rendered | 0.50 | 137.00 |

Recapitulation

| Timekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| ANTONIO ORTIZ | Partners | 0.30 | $350.00 | $105.00 |
| CHRYSTAL MADDEN | Paralegals | 0.20 | 160.00 | 32.00 |

| | |
|---|---|
| Total Current Work | 137.00 |
| [redacted] | [redacted] |

*The entry N/C signifies time spent for which there will be no charge.*

JORDAN & ORTIZ, P.C.
500 N. SHORELINE BLVD, SUITE 804
CORPUS CHRISTI, TEXAS 78401-0341
TAX ID NO. 74-2553880
(361) 884-5678



MAXIM CRUDE OIL LLC
21076 North Reynolds Road
Rio Hondo, TX 78583
Attn: Kristi Johnson
email: kristi@maximcrude.com

February 06, 2024
Account No: 5813-001000M
Statement No: 922969

Business Matters

| | | | Hours | |
|---|---|---|---|---|
| | | PREVIOUS BALANCE | | $952.00 |
| 01/16/2024 | CRM | Review Antonio Ortiz and Defendants changes to status report; file and serve same. | 0.50 | |
| 01/17/2024 | AO | Correspondence with Navarree on payment of settlement amount. | 0.30 | |
| | | For Current Services Rendered | 0.80 | 185.00 |

Recapitulation

| Timekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| ANTONIO ORTIZ | Partners | 0.30 | $350.00 | $105.00 |
| CHRYSTAL MADDEN | Paralegals | 0.50 | 160.00 | 80.00 |

Total Current Work 185.00

[redacted] [redacted]

*The entry N/C signifies time spent for which there will be no charge.*

JORDAN & ORTIZ, P.C.
500 N. SHORELINE BLVD, SUITE 804
CORPUS CHRISTI, TEXAS 78401-0341
TAX ID NO. 74-2553880
(361) 884-5678



MAXIM CRUDE OIL LLC
21076 North Reynolds Road
Rio Hondo TX 78583

March 07, 2024
Account No: 5813-001000M
Statement No: 923060

Attn: MAXIM CRUDE OIL LLC

Business Matters

| | | | | |
|---|---|---|---|---|
| | | PREVIOUS BALANCE | | $1,137.00 |
| | | | Hours | |
| 02/01/2024 | AO | Prepare for and attend hearing on settlement conference and research regarding motion to enforce settlement; correspondence updating client on hearing. | 2.00 | |
| 02/28/2024 | AO | Correspondence with Marty Schwartz and Michael Navarree regarding Monday deadline for status report. | 0.30 | |
| | | For Current Services Rendered | 2.30 | 805.00 |

Recapitulation

| Timekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| ANTONIO ORTIZ | Partners | 2.30 | $350.00 | $805.00 |

| | | |
|---|---|---|
| 02/29/2024 | Computer Research - Pacer | 0.20 |
| | Total Expenses | 0.20 |
| | Total Current Work | 805.20 |
| | [redacted] | [redacted] |

*The entry N/C signifies time spent for which there will be no charge.*

JORDAN & ORTIZ, P.C.
500 N. SHORELINE BLVD, SUITE 804
CORPUS CHRISTI, TEXAS 78401-0341
TAX ID NO. 74-2553880
(361) 884-5678



MAXIM CRUDE OIL LLC
21076 North Reynolds Road
Rio Hondo TX 78583

April 09, 2024
Account No: 5813-001000M
Statement No: 923124

Attn: MAXIM CRUDE OIL LLC

Business Matters

[redacted] [redacted]

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 03/01/2024 | AO | Prepare draft status report to submit to judge and circulate to Michael Navarree for Defendants changes/additions. | 1.00 | |
| 03/04/2024 | CRM | Review and revise 3rd status report; file and serve same. | 0.50 | |
| 03/18/2024 | CRM | Prepare draft of Motion to Enforce Settlement and email same to Antonio Ortiz. | 0.50 | |
| | | For Current Services Rendered | 2.00 | 510.00 |

Recapitulation

| Timekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| ANTONIO ORTIZ | Partners | 1.00 | $350.00 | $350.00 |
| CHRYSTAL MADDEN | Paralegals | 1.00 | 160.00 | 160.00 |

Total Current Work 510.00

[redacted] [redacted]

[redacted] [redacted]

*The entry N/C signifies time spent for which there will be no charge.*

JORDAN & ORTIZ, P.C.
500 N. SHORELINE BLVD, SUITE 804
CORPUS CHRISTI, TEXAS 78401-0341
TAX ID NO. 74-2553880
(361) 884-5678



MAXIM CRUDE OIL LLC
21076 North Reynolds Road
Rio Hondo TX 78583

June 11, 2024
Account No: 5813-001000M
Statement No: 923247

Attn: MAXIM CRUDE OIL LLC

Business Matters

[redacted] [redacted]

| | | | Hours | |
|---|---|---|---|---|
| 05/16/2024 | AO | Work on motion [redacted] | 1.50 | |
| 05/30/2024 | AO | Continue [redacted]. | 2.50 | |
| 05/31/2024 | CRM | Review and revise Antonio Ortiz v2 of motion to enforce settlement and prepare proposed order and send V3 back to Antonio Ortiz; discuss same with Antonio Ortiz. | 1.00 | |
| | | For Current Services Rendered | 5.00 | 1,560.00 |

Recapitulation

| Timekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| ANTONIO ORTIZ | Partners | 4.00 | $350.00 | $1,400.00 |
| CHRYSTAL MADDEN | Paralegals | 1.00 | 160.00 | 160.00 |

Total Current Work 1,560.00

[redacted] [redacted]

[redacted] [redacted]

*The entry N/C signifies time spent for which there will be no charge.*

JORDAN & ORTIZ, P.C.
500 N. SHORELINE BLVD, SUITE 804
CORPUS CHRISTI, TEXAS 78401-0341
TAX ID NO. 74-2553880
(361) 884-5678



MAXIM CRUDE OIL LLC
21076 North Reynolds Road
Rio Hondo TX 78583

July 06, 2024
Account No: 5813-001000M
Statement No: 923307

Attn: MAXIM CRUDE OIL LLC

Business Matters

[redacted] [redacted]

| | | | Hours |
|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] |
| 06/14/2024 | [redacted] | [redacted] | [redacted] |
| | AO | [redacted] | 1.50 |
| [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] |
| 06/25/2024 | AO | [redacted] | 2.00 |
| [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | |

MAXIM CRUDE OIL LLC

July 06, 2024
Account No: 5813-001000M
Statement No: 923307

Business Matters

| | Hours | |
|---|---|---|
| [redacted] | [redacted] | |
| For Current Services Rendered | 21.70 | 7,595.00 |

Recapitulation

| Timekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| ANTONIO ORTIZ | Partners | 21.70 | $350.00 | $7,595.00 |

| | |
|---|---|
| Total Current Work | 7,595.00 |
| [redacted] | [redacted] |

*The entry N/C signifies time spent for which there will be no charge.*

JORDAN & ORTIZ, P.C.
500 N. SHORELINE BLVD, SUITE 804
CORPUS CHRISTI, TEXAS 78401-0341
TAX ID NO. 74-2553880
(361) 884-5678



MAXIM CRUDE OIL LLC
21076 North Reynolds Road
Rio Hondo TX 78583

August 03, 2024
Account No: 5813-001000M
Statement No: 923335

Attn: MAXIM CRUDE OIL LLC

Business Matters

[redacted] [redacted]

| | | | Hours | |
|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] | |
| 07/02/2024 | CRM | Review and revise motion to enforce settlement; prepare proposed order and email to Antonio Ortiz for revisions. | 0.60 | |
| | [redacted] | [redacted] | [redacted] | |
| | AO | Prepare proposed order granting motion to enforce and [redacted] | 1.00 | |
| 07/03/2024 | CRM | Review and revise proposed order changes from Antonio Ortiz and file and serve motion to enforce settlement. | 0.50 | |
| | AO | Finalize motion for filing. | 0.60 | |
| 07/24/2024 | AO | Correspondence with Michael Navaree regarding opposition to motion to withdraw; [redacted] | 1.20 | |
| | | For Current Services Rendered | 7.90 | 2,556.00 |

Recapitulation

| Timekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| ANTONIO ORTIZ | Partners | 6.80 | $350.00 | $2,380.00 |
| CHRYSTAL MADDEN | Paralegals | 1.10 | 160.00 | 176.00 |

Total Current Work 2,556.00

[redacted] [redacted]

*The entry N/C signifies time spent for which there will be no charge.*

JORDAN & ORTIZ, P.C.
500 N. SHORELINE BLVD, SUITE 804
CORPUS CHRISTI, TEXAS 78401-0341
TAX ID NO. 74-2553880
(361) 884-5678



MAXIM CRUDE OIL LLC
21076 North Reynolds Road
Rio Hondo TX 78583

September 09, 2024
Account No: 5813-001000M
Statement No: 923413

Attn: MAXIM CRUDE OIL LLC

Business Matters

[redacted] [redacted]

| Date | | Description | Hours | |
|---|---|---|---|---|
| 08/23/2024 | AO | Correspondence with Navarre regarding settlement issues and issues set out in motion and response. | 0.60 | |
| 08/26/2024 | AO | Review order setting hearing from court and conference with Chrystal Karstedt regarding same. | 0.70 | |
| | | For Current Services Rendered | 1.30 | 455.00 |

Recapitulation

| Timekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| ANTONIO ORTIZ | Partners | 1.30 | $350.00 | $455.00 |

Total Current Work 455.00

[redacted] [redacted]

[redacted] entry N/C signifies time spent for which there will be no charge.*

JORDAN & ORTIZ, P.C.
500 N. SHORELINE BLVD, SUITE 804
CORPUS CHRISTI, TEXAS 78401-0341
TAX ID NO. 74-2553880
(361) 884-5678



MAXIM CRUDE OIL LLC
21076 North Reynolds Road
Rio Hondo TX 78583

October 03, 2024
Account No: 5813-001000M
Statement No: 923474

Attn: MAXIM CRUDE OIL LLC

Business Matters

[redacted] [redacted]

| | | | Hours | |
|---|---|---|---|---|
| 09/05/2024 | AO | Email correspondence to client updating on case and hearing set for 9/12. | 0.30 | |
| 09/12/2024 | CRM | Attend hearing on motion to enforce settlement. | 0.50 | |
| | AO | Prepare for and attend hearing on motion to enforce settlement agreement and for sanctions. | 1.60 | |
| 09/13/2024 | AO | Review order from Judge Morales referring matter to Judge Libby. | 0.40 | |
| 09/16/2024 | AO | Review order from Libby recusing himself from case. | 0.30 | |
| | | For Current Services Rendered | 3.10 | 990.00 |

Recapitulation

| Timekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| ANTONIO ORTIZ | Partners | 2.60 | $350.00 | $910.00 |
| CHRYSTAL MADDEN | Paralegals | 0.50 | 160.00 | 80.00 |

| | | |
|---|---|---|
| 09/30/2024 | Computer Research - Pacer. | 0.10 |
| 09/30/2024 | Computer Research - TransUnion | 25.00 |
| | Total Expenses | 25.10 |
| | Total Current Work | 1,015.10 |

[redacted] [redacted]

*The entry N/C signifies time spent for which there will be no charge.*