# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

MAXIM CRUDE OIL, LLC
*Plaintiff*
v.
NOIL CORP., INC. AND MORRELL STEVE NEELY
*Defendant*

) ) ) ) )

Civil Action No. 2:21-cv-00090

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☑ the plaintiff *(name)* Maxim Crude Oil, LLC recover from the defendant *(name)* Noil Corp, Inc. and Morrell Steve Neely the amount of One Hundred Sixty Eight Thousand and no dollars ($ 168,000.00 ), which includes prejudgment interest at the rate of 0.00 %, plus post judgment interest at the rate of 6.00 % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* ______ recover costs from the plaintiff *(name)* ______ .

☑ other: Attorney's fees and expenses in the amount of $11,985.38 .

This action was *(check one)*:

☐ tried by a jury with Judge ______ presiding, and the jury has rendered a verdict.

☐ tried by Judge without a jury and the above decision was reached.

☑ decided by Judge Mitchell Neurock, United States Magistrate Judge on a motion for Plaintiff's Motion to Enforce the Settlement Agreement and Request for Sanctions and Attorney's Fees (#137) .

Date:

*CLERK OF COURT*

______

*Signature of Clerk or Deputy Clerk*