United States District Court
Southern District of Texas
**ENTERED**
January 14, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MAXIM CRUDE OIL, LLC, | § § § | |
| Plaintiff, | § | |
| V. | § | CIVIL ACTION NO. 2:21-CV-00090 |
| | § | |
| NOIL CORP., INC., *et al.*, | § § | |
| Defendants. | § § § | |

### FINAL JUDGMENT

Pursuant to the Court's order adopting Magistrate Judge Mitchel Neurock's Memorandum and Recommendation, (D.E. 147), the Court enters final judgment in this case. FED. R. CIV. P. 58. The Court **DIRECTS** the Clerk of Court to **CLOSE** this case.

SO ORDERED.

_____
DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Signed: Corpus Christi, Texas
January 14, 2025