| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

| | | |
|---|---|---|
| MAXIM CRUDE OIL, LLC | § § § § § | ACTION NUMBER: 2:21-cv-00090 |
| *versus* | § § | |
| NOIL CORP, INC. and MORRELL | § § § | |

**ABSTRACT OF JUDGMENT**

| | |
|---|---|
| Date of Judgment Entered: | 02/14/25 (ECF #151) |
| Judgment in Favor of: | Maxim Crude Oil, LLC |
| Judgment Against: | Noil Corp, Inc. and Morrell Steve Nelly |
| Amount of Judgment: | $179,985.38 |
| Amount of Costs: | $0 |
| Rate of Interest: | %6 per annum |
| Amount of Credits Since Judgment: | $ 0 |
| Amount Due: | |

The above and foregoing is a correct Abstract of Judgment entered in the United States District Court, for the Southern District of Texas, in the above captioned case.

DATED: 4-17-25

CLERK OF COURT

By: [signature]
Deputy Clerk

*O:Houforms/Forms-Web*